PD-0292-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/30/2015 3:34:41 PM
Accepted 12/31/2015 2:23:37 PM
ABEL ACOSTA
CLERK



**SHAREN WILSON**

Criminal District Attorney

Tarrant County

December 30, 2015

Hon. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX    76711

FILED IN
COURT OF CRIMINAL APPEALS

DECEMBER 31, 2015

ABEL ACOSTA, CLERK

   Re: Jennifer Banner Wolfe
      PD-0292-15

Dear Mr. Acosta,

  Please accept this letter as notice that the State accepts and appreciates the opportunity to present oral argument in this case on February 3, 2016, at 9:00 AM. The State does not waive argument.

         Sincerely,

         Respectfully submitted,

         SHAREN WILSON
         Criminal District Attorney
         Tarrant County, Texas

         DEBRA WINDSOR, Assistant
         Criminal District Attorney
         Chief, Post-Conviction

         /s/ Tanya S. Dohoney
         TANYA S. DOHONEY, Assistant
         Criminal District Attorney
         State Bar No. 02760900
         Tim Curry Criminal Justice Center
         401 W. Belknap
         Fort Worth, Texas 76196-0201
         (817) 884-1687
         FAX (817) 884-1672
         COAAppellateAlerts@TarrantCountytx.gov

## <u>CERTIFICATE OF SERVICE6</u>

A true copy of the State's letter has been e-served to opposing counsel, Hon. David A. Pearson, 222 W. Exchange Ave., Fort Worth, Texas 76102 at <u>david@lawbydap.com</u> and to the Lisa McMinn, State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711-3046 at <u>information@spa.texas.gov</u> on the 30th day of December, 2015.

<u>/s/ Tanya S. Dohoney</u>
TANYA S. DOHONEY